UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DEREK LOUIS THOMPSON | : CASE NUMBER A15-67637-WLH |
| SHANDA KATRELL LIVAS | : |
|     DEBTORS | : |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in five (5) days following the Confirmation Hearing held on December 2, 2015:**

As to whether Debtors' attorney has renoticed Meeting of Creditors and Confirmation

As to whether Debtors provided proof of October and November mortgage payments

As to whether Debtors provided 2014 tax return

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtors' attorney has failed to renoticed the Meeting of Creditors and Confirmation

The Debtors have failed to provide proof of October and November mortgage payments

The Debtors have failed to provide 2014 tax return

*Please enter an Order of Dismissal*

This the 5th day of January, 2016.

                ___/s/_____
                Ryan J. Williams,
                Attorney for Chapter 13 Trustee
                GA Bar Number 940874
                303 Peachtree Center Ave., NE
                Suite 120
                Atlanta, GA  30303
*/jlr*         (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A15-67637-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing  by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DEREK LOUIS THOMPSON
SHANDA KATRELL LIVAS
3712 LAKE ENCLAVE WAY
ATLANTA, GA  30331


**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing  through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.
ecfnotices@cw13.com




This the 5th day of January, 2016.


 /s/_____
    Ryan J. Williams
    Attorney for the Chapter 13 Trustee
    State Bar No. 940874
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201